WILLIAM H. LEWIS, as Trustee, etc., Respondent, v. BERTHA MAY ALLEN,

Individually and as Executrix, etc., Appellant, Impleaded with MARY K. CROPSEY PALMER, Respondent, and Others.— Judgment affirmed, with costs. All concurred.